# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2014

148216

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JAMES RAHEEM RAINS,
      Defendant-Appellee.

SC: 148216
COA: 317723
Wayne CC: 12-000439-FC

_____/

      By order of March 11, 2014, this Court granted motions for immediate consideration, to waive transcript, and for a stay of trial court proceedings. On order of the Court, the application for leave to appeal the November 4, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. Trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk

p0319